UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MOLLY ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 3:19-cv-00021-RLY-MPB |
| | ) |
| TARGET CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by counsel, stipulate to the dismissal of the above cause of action with prejudice.  Costs paid.

**COOTS, HENKE & WHEELER, P.C.**

By: /s/Jeffrey S. Zipes
Jeffrey S. Zipes   # 15303-29
Coots, Henke & Wheeler, P.C.
Attorney for Defendant
255 East Carmel Drive
Carmel, IN 46032-2689

**LAW OFFICES OF RODERICK W. CLUTTER JR.**

By: /s/ Roderick W. Clutter, Jr.
Roderick W. Clutter, Jr.
LAW OFFICES OF RODERICK W. CLUTTER, JR.
915 Main St., Suite 400
Evansville, IN 47708

DATED: _____

_____
JUDGE/MAGISTRATE
Vanderburgh Circuit Court #1

Copies to:

Jeffrey S. Zipes
COOTS, HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN 46032
jzipes@chwlaw.com

Roderick W. Clutter, Jr.
LAW OFFICES OF RODERICK W. CLUTTER, JR.
915 Main St., Suite 400
Evansville, IN 47708
rclutter@clutterlaw.com